**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: CleanTools, Inc. v. Auto Beauty Products Co., LLC

Case Number: 2024-cv-06429

An appearance is hereby filed by the undersigned as attorney for:
Defendant Auto Beauty Products Co., LLC

Attorney name (type or print): Charles M. McMahon

Firm: Benesch Friedlander Coplan & Aronoff LLP

Street address: 71 South Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6270255
(See item 3 in instructions)

Telephone Number: 312-212-4949

Email Address: cmcmahon@beneschlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 22, 2024

Attorney signature: S/ Charles M. McMahon
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023