**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLEANTOOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTO BEAUTY PRODUCTS COMPANY, LLC, <br><br> Defendant. | CASE NO. 1:24-cv-06429 <br><br> JUDGE STEVEN C. SEEGER <br><br> MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

Auto Beauty Products Company, LLC ("Defendant"), by its attorneys, respectfully moves this Court for a thirty (30) day extension to answer or otherwise respond to CleanTools, Inc.'s ("Plaintiff") Complaint, up to and including September 26, 2024. In support, Defendant states as follows:

1. Defendant was served in this matter on August 6, 2024. As a result, its response to the Complaint is due on August 27, 2024.

2. The parties are actively working toward resolving this matter.

3. Defendant seeks a thirty (30) day extension of the deadline to respond to the Complaint to allow the Parties additional time to reach a settlement. This request is made in good faith and not for purposes of undue delay or prejudice.

4. Defendant has contacted Plaintiff, and Plaintiff has agreed to extending the deadline for Defendant to answer or otherwise respond to the Complaint for the amount of time stated herein.

5. This is Defendant's first request to extend the deadline to answer or otherwise respond to the Complaint.

6. In conjunction with the requested extension of the deadline to answer or otherwise respond to the Complaint, Defendant also requests similar extensions in the date already set by the Court (in its July 29, 2024 "Notification of Docket Entry") for the Initial Status Report (presently set for October 15, 2024). Plaintiff's counsel has also indicated acceptance of the requested adjustment.

WHEREFORE Defendant Auto Beauty Products Company, LLC respectfully moves this Court for an order extending the period of time for it to respond to the Complaint up to and including September 26, 2024, and for the Initial Status Report deadline to be set for after November 14, 2024.

| | |
|---|---|
| Dated: August 22, 2024 | Respectfully submitted, |
| /s/ Wendi Sloane | /s/ Charles M. McMahon |
| Wendi Sloane | Charles M. McMahon |
| **BARACK FERRAZZANO** | Laura M. Schaefer |
| **KIRSCHBAUM & NAGELBERG LLP** | **BENESCH FRIEDLANDER** |
| 200 West Madison Street, Suite 3900 | **COPLAN & ARONOFF LLP** |
| Chicago, IL 60606 | 71 South Wacker Dr., Suite 1600 |
| Tel: (312) 984-3100 | Chicago, IL 60606 |
| Fax: (312) 984-3150 | Tel: (312) 212-4949 |
| wendi.sloane@bfkn.com | Fax: (312) 767-9192 |
| | cmcmahon@beneschlaw.com |
| *Counsel for Plaintiff CleanTools, Inc.* | lschaefer@beneschlaw.com |
| | |
| | Stephanie Barnes |
| | **PLUNK SMITH, PLLC** |
| | 2801 Network Boulevard, Suite 300 |
| | Frisco, Texas 75034 |
| | Tel: (972) 884-5733 |
| | Fax: (972) 370-3333 |
| | sbarnes@plunksmith.com |
| | |
| | *Counsel for Defendant Auto Beauty Products Company, LLC* |

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of August, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which forwards electronic notification of such filing to all counsel of record.

/s/ Charles M. McMahon